IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

NATIONAL LABOR RELATIONS BOARD,

                Plaintiff,                Case No. 3:06 MC 123

-vs-

                                    O R D E R

ALLTEK PLUMBING HEATING &
AIR CONDITIONING COMPANY,

                Defendant.

KATZ, J.

This matter is before the Court on the unopposed motion of the National Labor Relations Board's ("Board"), application to require adherence to the subpoena of November 7, 2006. Upon consideration and for good cause, the Board's motion (Doc. No. 1) is granted.

IT IS FURTHER ORDERED that Respondent Alltek Plumbing, Heating & Air Conditioning Company shall produce at the Board's offices in Washington, D.C. all documents requested by the Board's subpoena B-498149 on or before January 31, 2007. The failure of the Respondent to comply with this Order will result in the Court entertaining a motion by the Board for attorneys fees and costs incurred in connection with the subpoena enforcement proceeding.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order upon the Respondent and Mr. Stephen Becker, Esq., Huffman, Kelley, Becker & Brock, LLC, 127 N. Pierce Street, P.O. Box 546, Lima, Ohio 45802.

                                                    s/ *David A. Katz*
                                                  DAVID A. KATZ
                                                  U. S. DISTRICT JUDGE